# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES R. ARAGON,

    Plaintiff,

v.                                  CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING AND MOTION HEARING

**THIS MATTER** is before the Court on Defendant's *Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims*, (Doc. 23), filed April 10, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

1. Plaintiff shall file a response to the motion no later than **Monday, April 22, 2019**;

2. Defendant may file a reply in support of the motion by **Thursday, April 25, 2019**.

**IT IS FURTHER ORDERED** that the Court shall hear oral argument on the motion at the telephonic status conference set for **Tuesday, April 30, 2019, at 2:00 p.m.** *See* (Doc. 23). The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE