IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES R. ARAGON,

       Plaintiff,

v.                                              CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

       Defendant.

## ORDER VACATING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court upon review of the record. Since Defendant's *Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims*, (Doc. 23), has been ruled on, the Court shall vacate the motion hearing scheduled for April 30, 2019. The Court will set a status conference after the parties file their proposed pretrial deadlines.

**IT IS THEREFORE ORDERED** that the motion hearing scheduled for Tuesday, April 30, 2019, at 2:00 p.m. is hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE