## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAMES R. ARAGON,

      Plaintiff,

v.                                            CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

      Defendant.

## AMENDED SCHEDULING ORDER FOR PLAINTIFF'S NON-BAD FAITH CLAIMS

**THIS MATTER** is before the Court on the parties' request to amend the scheduling order due to their agreement to bifurcate discovery in this case. Having considered the parties' requested deadlines set forth in their *Joint Status Report and Provisional Discovery Plan for Bifurcated Discovery*, (Doc. 31), filed May 17, 2019, the scheduling order is modified as follows for **Plaintiff's non-bad faith claims**:

1. Plaintiff shall identify expert witnesses and provide expert reports by **April 15, 2019**.

2. Defendant shall identify expert witnesses and provide expert reports by **June 1, 2019**.

3. The termination date for discovery is **July 15, 2019**.

4. Motions relating to discovery shall be filed by **August 5, 2019**.

5. Pretrial motions, other than those relating to discovery, shall be filed by **August 15, 2019**.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **September 30, 2019**; Defendants to the Court on or before **October 15, 2019**.

The Court will enter a separate scheduling order for Plaintiff's bad faith claims at a later date.

 **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE