# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES R. ARAGON,

    Plaintiff,

v.                                                                                                        CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE AND SETTLEMENT CONFERENCE

To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Federal Rule of Civil Procedure 16(a)(5). The conference will be held on **Friday, July 19, 2019, at 9:00 a.m, in Conference Rooms 1 (203) and 2 (205) of the United States Historic Courthouse, 421 Gold Ave. SW, Albuquerque, New Mexico**. A telephonic status conference will be held on **July 11, 2019, at 1:30 p.m.** to discuss the parties' positions.

**IT IS HEREBY ORDERED** that the parties and a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person; counsel who will try the case must also attend in person. All attorneys and parties involved in the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1]

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

**IT IS FURTHER ORDERED** that:

1. By **June 19, 2019,** Plaintiff's counsel shall serve on Defendant's counsel a concise letter that sets forth a settlement demand itemizing the principle supporting damages or other relief that Plaintiff asserts would appropriately be granted at trial.

2. By **June 26, 2019,** Defendant's counsel shall serve on Plaintiff's counsel a concise letter that sets forth a response to the settlement demand.

3. By **July 3, 2019,** each party shall provide to the Court:

    a. A copy of each letter that was sent to an opposing party;

    b. A confidential, concise letter containing an analysis of the strengths and weaknesses of its case; and

    c. Any video or audio recordings of the incident upon which this action is based.

    These materials may be submitted to the Court by facsimile transmission, (575) 528-1675, or email, garzaschambers@nmcourt.fed.us.

4. Each of these letters typically should be five (5) pages or fewer, and counsel will ensure that each party reads the opposing party's letter before the settlement conference.

5. Before **July 11, 2019,** counsel shall confer with one another about their clients' respective positions.

6. On **July 11, 2019, at 1:30 p.m.**, counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, for a pre-settlement telephonic status conference.

A party must show good cause to vacate or reschedule the settlement conference. Any such request must provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE