**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JAMES R. ARAGON,

    Plaintiff,

v.                                                          CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## ORDER VACATING STATUS CONFERENCE AND SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel.

**IT IS HEREBY ORDERED** that the telephonic status conference scheduled for July 11, 2019, at 1:30p.m. is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the settlement conference scheduled for July 19, 2019, at 9:00a.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE