**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JAMES R. ARAGON,

    Plaintiff,

v.                                                                                                 CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## **AMENDED SCHEDULING ORDER FOR PLAINTIFF'S BAD FAITH CLAIMS**

**THIS MATTER** is before the Court on the parties' request to amend the scheduling order due to their agreement to bifurcate discovery in this case. Having considered the parties' requested deadlines set forth in their *Joint Status Report and Provisional Discovery Plan for Bifurcated Discovery*, (Doc. 31), filed May 17, 2019, the scheduling order is modified as follows for **Plaintiff's bad faith claims only**:

1. Plaintiff shall identify expert witnesses and provide expert reports by **August 1, 2019**.

2. Defendant shall identify expert witnesses and provide expert reports by **September 1, 2019**.

3. The termination date for discovery is **September 1, 2019**.

4. Motions relating to discovery shall be filed by **September 23, 2019**.

5. Pretrial motions, other than those relating to discovery, shall be filed by **October 3, 2019**.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **November 18, 2019**; Defendants to the Court on or before **December 2, 2019**.

This order does not modify the deadlines for Plaintiff's non-bad faith claims which are set forth in Document 33. Since the deadlines for Plaintiff's bad faith claims will affect the trial set for December 2, 2019, the parties are directed to file a motion for an extension of the trial setting **no later than August 1, 2019**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE