IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES R. ARAGON,

    Plaintiff,

v.                                                       CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon the parties' *Joint Motion to Extend Trial* (the "Motion"), (Doc. 42). In the Motion, the parties requested a settlement conference.

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, October 23, 2019, at 1:30 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE