**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JAMES R. ARAGON,

      Plaintiff,

v.                                           CV No. 18-1101 JAP/CG

STATE FARM FIRE AND
CASUALTY COMPANY,

      Defendant.

## AMENDED ORDER SETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. To facilitate a

final disposition of this case, a mandatory settlement conference will be conducted in

accordance with Federal Rule of Civil Procedure 16(a)(5). The conference will be held

on **Monday, November 18, 2019, at 10:30 a.m, in Conference Rooms 1 (203) and 2

(205) of the United States Historic Courthouse, 421 Gold Avenue S.W.,

Albuquerque, New Mexico**.

**IT IS HEREBY ORDERED** that the parties and a designated representative,

other than counsel of record, with full authority to resolve the case, must attend in

person; counsel who will try the case must also attend in person. All attorneys and

parties involved in the settlement conference must treat as confidential the information

discussed, positions taken, and offers made by other participants in preparation for and

during the conference.[1]

A party must show good cause to vacate or reschedule the settlement

---

[1]This does not prohibit disclosures stipulated to by the parties, necessary in
proceedings to determine the existence of a binding settlement agreement, or as
otherwise required by law.

conference. Any such request must provide the Court with sufficient notice to ensure

that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE